JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BRUCE RICHARD SENATOR,<br><br>Petitioner,<br><br>v.<br><br>L. BIRD, Warden<br><br>Respondent. | No. SA CV 22-02094-SVW (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Date: February 27, 2024

_____
STEPHEN V. WILSON
United States District Judge